1267-14

# ELECTRONIC RECORD

COA # 14-13-00497-CR

OFFENSE: Assault

STYLE: Jacob Alfred Blanken v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 209th District Court

DATE: August 19, 2014   Publish: Yes

TC CASE #:1277140

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jacob Alfred Blanken v The State of Texas

CCA # _____

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___January 28, 2015___

JUDGE: _Per Curiam, Keller, P.J. & Johnson, J._
        _would_
        _GRANT_

CCA Disposition: __1267-14__

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**